```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
N.K., on behalf of B.K.,                                             :
                                                                     :
                              Plaintiff,                             :
                                                                     :       20 Civ. 9789 (JPC)
               -v-                                                   :
                                                                     :       ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION                                :
et al.,                                                              :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff filed this action against Defendants on November 11, 2020. Dkt. 1. After the Court granted several extensions of Defendants' time to respond to the Complaint, Dkts. 19, 22, 27, Defendants filed an Answer to the Complaint on April 16, 2021, Dkt. 28.

By no later than April 30, 2021, the parties are directed to file a status letter, advising whether they anticipate the need for the Court to issue a discovery schedule in this case, the status of settlement negotiations, and whether they request a referral to the Honorable Ona T. Wang for a settlement conference or to the Court-annexed mediation program.

SO ORDERED.

Dated: April 19, 2021
       New York, New York                    _____
                                             JOHN P. CRONAN
                                             United States District Judge